UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RAMONITA ARROYO, ET AL. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 3:18-cv-01804-JBA |
| ) | |
| NORTHLAND INVESTMENT ) | |
| CORPORATION, ET AL. ) | |
| ) | |
| Defendants. ) | MARCH 29, 2019 |
| ) | |

**DEFENDANTS' MOTION TO SEAL**

Pursuant to Local Civil Rule 5(e), Defendants Northland Investment Corporation, Lawrence R. Gottesdiener, Church Street New Haven LLC, Northland Fund II, L.P., and Northland Fund II Partners LLC, hereby move to file under seal Exhibit A to the Rule 26(f) Report of Parties' Planning Meeting.

In order to comply with Rule 26(f) disclosure obligations, the Defendants are disclosing the required information which is derived from their confidential records to the Court and Plaintiffs' counsel of record solely for use in connection with this action. Northland Investment Corporation is a real estate private equity firm and its various related fund and other entities include numerous investors. The real estate investment business is highly competitive and Northland's investor lists are compiled through many years of substantial time, effort and expense and are maintained as confidential business information. Public disclosure of the lists would constitute an extraordinary competitive disadvantage and hardship to the Northland Defendants. Furthermore, public disclosure of this information would implicate significant privacy concerns of the individuals who have invested with the Defendants, who would not

**ORAL ARGUMENT NOT REQUESTED**
{S7189140;3}

expect their investments with Defendants to be disclosed to the public and are not involved in the day to day operations of Defendants. Accordingly, the Northland Defendants submit the information available to it from their books and records which is responsive to Rule 26(f) as CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER, pursuant to this Court's Standing Protective Order, entered on November 1, 2018 (Doc. #4) and request that it be filed under seal.  The Defendants note that the information which demonstrates the basis for defeating diversity jurisdiction and depriving this Court of subject matter jurisdiction is contained in the body of the Rule 26(f) Report of Parties' Planning Meeting itself, which is not being filed under seal.  Defendants seek sealing only of the confidential complete lists of investors which do not impact the jurisdictional claims.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court grant the Motion to Seal Exhibit A to the Rule 26(f) Report of Parties' Planning Meeting.

        **DEFENDANTS NORTHLAND INVESTMENT CORPORATION, LAWRENCE R. GOTTESDIENER, CHURCH STREET NEW HAVEN LLC, NORTHLAND FUND II, L.P. AND NORTHLAND FUND II PARTNERS LLC**

By  /s/ Brian A. Daley
      Brian A. Daley (ct24550)
      Carmody Torrance Sandak & Hennessey LLP
      707 Summer Street
      Stamford, CT  06901
      (203) 425-4200
      (203) 325-8608 (fax)
      bdaley@carmodylaw.com

      and

Henry A. Sullivan (544371)
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000
(617) 542-2241 (fax)
*Their Attorneys*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 29, 2019 a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

      /s/ Brian A. Daley
      Brian A. Daley