UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RAMONITA ARROYO, ET AL | : | Civil Action No.: 3:18cv01804 (JBA) |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| NORTHLAND INVESTMENT | : | |
| CORPORATION, ET AL | : | |
| Defendants. | : | November 7, 2019 |

## NOTICE OF DISMISSAL

Plaintiffs, Calixmarie Guzman, J.G. ppa Calixmarie Guzman, J.Z.G. ppa Calixmarie

Guzman, Leeza Skovinski, and J.S. ppa Leeza Skovinski hereby dismiss this action pursuant to

Rule 41(a)(1)(A)(i).

THE PLAINTIFFS

By /s/ David N. Rosen
David N. Rosen ct00196
Barbara Goren ct26728
Alexander T. Taubes ct30100
David Rosen & Associates, P.C.
400 Orange Street
New Haven, CT 06511
(203) 787-3513
(203) 787-1605 fax
drosen@davidrosenlaw.com
bgoren@davidrosenlaw.com
ataubes@davidrosenlaw.com