**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **RAMONITA ARROYO, ET AL.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| | ) | **3:18-cv-01804-JBA** |
| | ) | |
| **NORTHLAND INVESTMENT** | ) | |
| **CORPORATION, ET AL.** | ) | |
| | ) | |
| **Defendants.** | ) | **November 7, 2019** |
| | ) | |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the Local

Rules of this Court, Plaintiffs Ramonita Arroyo, Ariana Arroyo Johnson, Julio M. Arroyo, Chili

Iris Rivas, Chiki Juanita Rivas, Sasha Calixto, Jaen Perez, Jivanlee Perez, Jensen Davila,

Johanny Rhobes, Sasha Calixto and Jaen Perez ppa Jewel Perez, Sasha Calixto ppa Trevon

Romelo Emery, Juanita Lebron, Ramonita Arroyo and Juanita Lebron ppa Evelyn Maria Bonilla,

Defendants Northland Investment Corporation, Lawrence R. Gottesdiener and Northland Fund II

Partners LLC, and Nonparty Church Street New Haven LLC hereby stipulate to the voluntary

dismissal of all of Plaintiffs' claims in the above-captioned action without prejudice. The parties

further stipulate that said dismissal is to occur without the imposition or award of fees or costs.

{S7223226}

Respectfully submitted,

| **PLAINTIFFS RAMONITA ARROYO, ARIANA ARROYO JOHNSON, JULIO M. ARROYO, CHILI IRIS RIVAS, CHIKI JUANITA RIVAS, SASHA CALIXTO, JAEN PEREZ, JIVANLEE PEREZ, JENSEN DAVILA, JOHANNY RHOBES, SASHA CALIXTO AND JAEN PEREZ ppa JEWEL PEREZ, SASHA CALIXTO ppa TREVON ROMELO EMERY, JUANITA LEBRON, RAMONITA ARROYO and JUANITA LEBRON ppa EVELYN MARIA BONILLA** | **DEFENDANTS NORTHLAND INVESTMENT CORPORATION, LAWRENCE R. GOTTESDIENER, AND NORTHLAND FUND II PARTNERS LLC,**<br>**AND**<br>**NONPARTY CHURCH STREET NEW HAVEN LLC** |
|---|---|
| By: /s/ Ronald S. Johnston<br>Ronald S. Johnson, Esq.<br>Juris No.: ct08577<br>Law Office of Ronald S. Johnson & Assoc.<br>100 Wells Street, Suite 2C<br>Hartford, Connecticut 06103<br>Phone: 860-231-9757<br>Facsimile: 860-233-8276<br>Email: janvier7@aol.com | By: /s/ Marc J. Kurzman<br>Marc J. Kurzman (ct01545)<br>Brian A. Daley (ct24550)<br>Carmody Torrance Sandak & Hennessey LLP<br>707 Summer Street<br>Stamford, CT 06901<br>(203) 425-4200<br>(203) 325-8608 (fax)<br>mkurzman@carmodylaw.com<br>bdaley@carmodylaw.com<br>        and<br>Henry A. Sullivan (544371)<br>Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.<br>One Financial Center<br>Boston, MA 02111<br>(617) 542-6000<br>(617) 542-2241 (fax)<br>*Their Attorneys* |

{S7223226}                                    2

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2019 a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

/s/ Marc J. Kurzman
Marc J. Kurzman